**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Attorney for Defendant
YOBANI GALLARDO CASTRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Plaintiff,<br><br>vs.<br><br>YOBANI GALLARDO CASTRO,<br>            Defendant | CASE NO. 3:23-MJ-70807 MAG<br><br>**MOTION TO RECONSIDER REVOCATION OF RELEASE ORDER; DECLARATION OF COUNSEL** |

      The Court's order (Dkt. 22) focuses on "lies" Mr. Gallardo told PTS during the bail study interview. The first was Mr. Gallardo's statement that he had no children, contradicted by his Bay Area girlfriend, who told PTS that Mr. Gallardo has two children in Mexico. However, according to Mr. Gallardo's brother, Mr. Gallardo told PTS the truth. On or about June 9, 2023, the potential surety Ms. Nunez (Jesus Gallardo's significant other), told counsel that her boyfriend (Jesus Gallardo) confirmed that defendant Gallardo has no children, neither biologically nor by adoption.1 But defendant Gallardo has a close, paternal relationship with two young children in his Mexican girlfriend's care, also confirmed by Jesus Gallardo. On today's date, June 17, 2023, Ms. Nunez confirmed this and, after speaking to Jesus, advised counsel that the youngest child,

---

1 Counsel did not speak directly to Jesus, due to neither counsel nor Jesus being bilingual.

1

five years old, called defendant Gallardo "Papa." The nature of the relationship apparently led to Mr. Gallardo's San Francisco girlfriend's misunderstanding.

The Court was also concerned with Mr. Gallardo's lack of truthfulness about his San Francisco residence. Mr. Gallardo admittedly gave the incorrect address of 409 Eddy Street. However, this was an innocent mistake. The correct address is the Adrian Hotel, 493 Eddy St., where he had recently been residing and was intending to return to. This is less than a block away from the address of 409 Eddy. The defense confirmed that Mr. Gallardo stayed at the 493 Eddy St. address prior to his arrest. This was confirmed by the defense investigator, and again by undersigned counsel on today's date. He was there almost the entire month of May, 2023. He was required to check out on May 25, 2023, because the hotel has a maximum 24-day stay requirement, but could have re-registered after several days, which he was intending to do had he not been arrested. There was no reason for Mr. Gallardo to knowingly give a false address of where he lived. Moreover, he stayed in room 404. Thus, the addresses are near each other and similar and the number of Mr. Gallardo's room is similar to the numbers of both street addresses. It is therefore understandable that Mr. Gallardo incorrectly recalled the street address.

Mr. Gallardo's rap sheet shows several arrests and one conviction. It reflects no failures to appear, evasions from, or flights from arrest.

The Court also cited the "significant possible sentence" Mr. Gallardo faces as a flight risk factor. A preliminary calculation shows Mr. Gallardo's guideline range as 15-21 months. With no mandatory minimum, Mr. Gallardo is eligible for probation.

For the foregoing reasons, the order granting the government's appeal should be reconsidered.

Dated: June 17, 2023                    Respectfully submitted,

                                        _____/S/_____
                                        BRIAN P. BERSON
                                        Attorney for defendant
                                        YOBANI GALLARDO CASTRO

Declaration of Counsel

I, Brian Berson, declare under oath and penalty of perjury as follows:

1. I am Mr. Gallardo's appointed lawyer.

2. The facts noted in the above pleading are true and correct to the best of my knowledge.

3. On or about June 9, 2023, I spoke by phone with Lucero Nunez, who relayed a message from her significant other, Jesus Gallardo (Yobani's brother), that Yobani does not have any biological or adopted children, but that he has a paternal relationship with 2 young children in the care of Yobani's former girlfriend in Mexico. On June 17, 2023, I spoke again with Ms. Nunez, who told me that Jesus (who doesn't speak English) states that the children are 7 and 5 years old, and that the youngest calls Yobani Gallardo "Papa" or "Pa."

4. On June 17, 2023 I spoke by phone with an Adrian Hotel desk clerk who identified himself as James Patel. He was familiar with Mr. Gallardo and told me that he was in room 404 from approximately April 20 – May 25, 2023, when he was required to leave because the hotel has a maximum consecutive stay limitation. He could have re-registered after several nights.

Signed this 17th day of June, 2023 in Gilroy, California

/S/
Brian P Berson