**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Attorney for Defendant
YOBANI GALLARDO CASTRO

**DENIED**
Judge Edward J. Davila
June 20, 2023

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 3:23-MJ-70807 MAG |
| Plaintiff, | ) |
| | ) **MOTION TO LEAVE OF COURT** |
| vs. | ) **TO FILE A MOTION FOR** |
| | ) **RECONSIDERATION OF THE** |
| | ) **REVOCATION OF THE RELEASE** |
| | ) **ORDER; DECLARATION OF COUNSEL;** |
| | ) **[PROPOSED] ORDER** |
| | ) |
| YOBANI GALLARDO CASTRO, | ) |
| Defendant | ) |
| | ) |

    Pursuant to Civil Local Rule 7-9(a), Mr. Gallardo's below counsel requests leave to file a Motion to Reconsider its Order Revoking the prior order to release Mr. Gallardo. The request is made so that Mr. Gallardo may attempt to correct the record about false statements attributed to him, which the Court relied on in issuing its Order (at docket 22).

Dated: June 19, 2023            Respectfully submitted,

                                        /S/
                              BRIAN P. BERSON
                              Attorney for defendant
                              YOBANI GALLARDO CASTRO